# EXHIBIT "B"



# 777 Partners LLC. Policy

| Policy Name: | CONFLICTS OF INTEREST POLICY | |
|---|---|---|
| WRITTEN BY: | Legal Department | |
| Applies to: | All portfolio companies | HR APPROVAL: Yes |
| EMPLOYEE SIGN OFF NEEDED: | Yes | MANAGEMENT APPROVAL: Yes |
| EFFECTIVE DATE: | November 10, 2017 | TRAINING DOCUMENTS CREATED: No |

## 1. STATEMENT OF PURPORSE AND RESPONSIBILITIES

a. The following sets forth a conflicts of interest policy for employees of 777 Partners, LLC, and any portfolio company or subsidiary (collectively, the "Company"). To the extent that any other internal policy of the Company or a Company subsidiary, business group, or office sets forth more stringent standards or requirements, such policy will control. Employees are committed to act in the best interests of the Company and to conduct our business in accordance with all applicable laws, rules and regulations and the highest ethical standards. The purpose of this conflicts of interest policy (the "Policy") is to set forth the policies of the Company with regards to certain conflicts of interest and to provide a formal reference for each of our Employees. This is a conduct policy and does not supersede or modify any confidentiality agreement signed as a condition of employment.

b. This Policy is predicated on the principle that employees owe a duty to act in the best interests of the Company. The Policy applies to the Company's members, partners, directors, principals and officers (or other persons occupying a similar status or performing a similar function), its employees (including investment professionals, associates, paraprofessionals, and executive assistants), and any other person who performs an investment function for the Company or has access to non-public information regarding the Company's investments and is subject to the Company's supervision and control (which may include consultants, advisors,

Current as of November 10, 2017 | 600 Brickell Ave, Suite 1900 | Miami, FL 33131 | Office: 855.611.1140 | Fax: 866.611.1150
We reserve the right to change the terms of this Policy at any time, and you agree to abide by the most recent version of this Policy

1



temporary employees, or officers of affiliates, or other persons designated by the Managing Partners, (collectively, "Employees").

Any questions with respect to the Policy may be directed to the Company's Legal Department.

## 2. POLICIES TO PREVENT CONFLICTS OF INTERESTS

During, and as a condition of employment with the Company, employees must not engage in any work, paid or unpaid, or other activities that create a conflict of interest that materially and substantially disrupt the operations of the Company. Such work and/or activities shall include, but is not limited to, directly or indirectly competing with the Company in any way, or acting as an officer, director, employee, consultant, stockholder, volunteer, lender, or agent of any business enterprise of the same nature as, or which is in direct competition with, the business in which the Company is now engaged or in which the Company becomes engaged during the term of your employment with the Company, as may be determined by the Company in its sole discretion.

## 3. PERSONAL FINANCIAL INTERESTS

Employees must not take part in or attempt to influence any Company decision or any business dealings with a current or potential competitor, customer, partner, vendor, supplier, or other business entity in which you have a direct or indirect financial interest. In addition, to avoid the appearance of a conflict, you must disclose any direct or indirect financial interest in a current or potential competitor, customer, partner, vendor or supplier with which you discover Company plans to do business.

## 4. CORPORATE BUSINESS OPPORTUNITIES

Employees must not take personal advantage of or interfere with any existing or potential Company business opportunities. Company business opportunities include acquiring property, organizations, or pursuing lines of business that are related to Company's business mission and existing lines of business. Additionally, you must not direct any such opportunity to a relative, close personal friend, or to a business enterprise in which a relative or close personal friend is involved or has a direct or indirect financial interest. You must not accept payment (in any form) from another entity for work that you perform for the Company.

Current as of November 10, 2017 | 600 Brickell Ave, Suite 1900 | Miami, FL 33131 | Office: 855.611.1140 | Fax: 866.611.1150
We reserve the right to change the terms of this Policy at any time, and you agree to abide by the most recent version of this Policy

2



## 5.  OUTSIDE BUSINESS ACTIVITIES

a.  Employee's outside business activities must not compete with or reflect adversely on the Company or give rise to a conflict of interest.  You must not engage in any outside activity that is likely to involve disclosure of Company's proprietary information or that is likely to divert time and attention from your responsibilities at the Company. Additional approvals are required for media activities and promotions related to your board position(s) or outside investments:

    i.  Media interviews or press releases must also be approved by the Company's Managing Partners or designated corporate communications contact. Approval would be dependent upon the subject matter and media outlet. You are not required to seek approval of the following activities:

    ii.  Any affiliation with a trade association, professional association or other such organization related to your work or position at the Company. However, if the organization is involved in lobbying activities relating to the business of the Company and you are either an executive officer or board member of the organization or directly involved in the government relations activities of the organization, you must seek approval from the Company's Managing Partners, and consult with the Company's Legal Department.

    iii.  Participation in non-profit civic or charitable activities, including serving as a member of a board of directors or technical advisory board.

    iv.  Positions with co-op boards, condominium associations, and similar entities where the sole purpose of such participation would be to hold title to and/or manage real property in which you can or do reside.

    v.  Positions with holding companies, trusts, or other non-operating entities established solely for purposes of you or your family's investment, estate or tax planning or to hold you, your family's real estate, or other investments that would not otherwise require disclosure under this Policy. You are expected to be alert to situations that may give rise to conflicts of interests or the appearance of conflicts of interests.  You may be asked to discontinue an outside activity if it impacts or is perceived to impact your impartiality, effectiveness, productivity, or if the disclosure of the Company's proprietary information is at risk.

Current as of November 10, 2017 │ 600 Brickell Ave, Suite 1900 │ Miami, FL 33131 │ Office: 855.611.1140 │ Fax: 866.611.1150
We reserve the right to change the terms of this Policy at any time, and you agree to abide by the most recent version of this Policy

3



## 6. STANDARD OF CONDUCT

a. We are committed to conducting our business in accordance with the highest legal and ethical standards in furtherance of the interests of the Company and in a manner that is consistent with all applicable laws, rules, and regulations. Employees have an obligation to address or mitigate both conflicts of interest and the appearance of any conflicts of interest.  Accordingly, we expect the following of all Employees:

    i. Employees must act with integrity, honesty, competence, and in an ethical manner when dealing with the public, regulators, clients, investors, prospective investors, and their fellow Employees;

    ii. Employees must adhere to the highest standards with respect to any potential material conflicts of interest with the Company — simply stated, no Employee should enjoy a benefit at the expense of the Company; and

    iii. Employees must preserve the confidentiality of information that they may obtain over the course of our business and use such information properly and not in any way adverse to the interests of the Company, subject to the legality of using such information.

## 7. COMPLIANCE WITH APPLICABLE LAWS

a. In addition to the general principles of conduct set forth above, the Policy requires all Employees to comply with applicable laws, regulations, and rules.  With respect to Employees located in the U.S. or transacting in U.S. markets, these laws include the U.S. Securities Act of 1933, the U.S. Securities Exchange Act of 1934 (the "Exchange Act"), the U.S. Sarbanes-Oxley Act of 2002, the U.S. Investment Company Act of 1940 (the "Company Act"), the U.S. Investment Advisers Act of 1940 (the "Advisers Act"), Regulation S-P (which protects the confidentiality of private investor information), any rules adopted by the U.S. Securities and Exchange Commission ("SEC") under any of the foregoing statutes, anti-money laundering laws and regulations, including the Bank Secrecy Act and Executive Order 13224 (which requires transaction reporting and vetting investors against the OFAC lists if terrorist individuals and organizations, among other things), and any

Current as of November 10, 2017 │ 600 Brickell Ave, Suite 1900 │ Miami, FL 33131 │ Office: 855.611.1140 │ Fax: 866.611.1150
We reserve the right to change the terms of this Policy at any time, and you agree to abide by the most recent version of this Policy

4



rules adopted by the SEC or the U.S. Department of Treasury. In addition, some areas of particular concern, include:

b. Insider Trading: Company policy and the laws of many countries prohibit trading in securities (including equity securities, convertible securities, options, bonds, and any derivative of the foregoing) of any company while in possession of material, nonpublic information (also known as "inside information") regarding the company. If you believe you have come into possession of inside information, you may not execute any trade in the securities of the subject company without first consulting with the Legal Department, who will determine whether such trade would violate the Policy or applicable laws. It is also illegal in many countries to "tip" or pass on inside information to any other person if you know or reasonably suspect that the person receiving such information from you will misuse such information by trading in securities or passing such information on further, even if you do not receive any monetary benefit from the tippee.

c. Market Abuse and Rumors: Most jurisdictions have laws or regulations that prohibit market abuse or manipulative trading activities. Any attempt by an Employee to manipulate or tamper with the markets or the prices of securities, options, futures, or other financial instruments will not be tolerated, including corroborating with other funds in order to manipulate markets or prices. Additionally, most jurisdictions have laws and regulations prohibiting the dissemination of false or misleading information. The policy of the Company is to prohibit the circulation of trading based on unsubstantiated rumors or sensational information that might reasonably be expected to affect market conditions for one or more securities, a sector or market, or unjustly affect any person or entity. Any such rumors or information heard by an Employee from a source within the Company or directed to the Company in the course of business should be reported to the Legal Department promptly and should not be forwarded or shared within or outside the Company.

    i. Frontrunning: Employees may not engage in what is commonly known as "frontrunning" or "scalping:" the buying or selling of securities prior to a purchase or sale by the Company, in order to benefit from any price movement that may be caused by the Company's transactions.

Current as of November 10, 2017 | 600 Brickell Ave, Suite 1900 | Miami, FL 33131 | Office: 855.611.1140 | Fax: 866.611.1150
We reserve the right to change the terms of this Policy at any time, and you agree to abide by the most recent version of this Policy



## 8. ANTI-BRIBERY AND CORRUPTION

The Policy requires that all Employees conduct their activities in full compliance with all applicable anti-corruption laws, including the U.S. Foreign Corrupt Practices Act. A failure to do so will place both the Company's business reputation and business success in serious jeopardy and may subject both the Company and the individuals involved to civil and/or criminal liability, including possible extradition and imprisonment. In sum, giving or offering anything of value to anyone to improperly obtain or retain business or a business advantage must be avoided.

## 9. CROSS HOLDINGS

Where the Company has holdings in other funds which in their turn invest in the Company, any such cross holding should be noted at the time of investment and should be reviewed periodically by the Legal Department, and the Managing Partners. In addition, the Company should neither grant nor receive any preferential terms.

## 10. PROVISION OF CODE OF ETHICS TO FUND INVESTORS

The Company is required, upon request, to include investors in our private investment funds with a copy of the Policy. The Company will coordinate the distribution of the Policy to any investors who request a copy.

## 11. GIFTS AND ENTERTAINMENT

Neither the U.S. Foreign Corrupt Practices Act of 1977 (the "FCPA") nor the UK Bribery Act (the "Bribery Act") prohibits the provision of small gifts, non-extravagant entertainment, or similar items of nominal value to foreign officials, if these items are not offered with improper intent. In order to address conflicts of interest that may arise when an Employee accepts or gives a gift, favor, entertainment, special accommodation, or other items of value, the Company places restrictions on gifts and entertainment. The following specific restrictions apply:

a. Gifts: No Employee may receive any gift, service, or other item of more than $500 in value per year from any person or entity that does or seeks to do business with or on behalf of the Firm without the prior written approval of the Managing Partners. No Employee may give or offer any gift of more than de minimis value (*i.e.,* $250 for the U.S. or an applicable lower amount) to existing investors, prospective investors, or any entity that does business with or on behalf of the Company without the prior written approval of the Managing Partners. In order to

Current as of November 10, 2017 | 600 Brickell Ave, Suite 1900 | Miami, FL 33131 | Office: 855.611.1140 | Fax: 866.611.1150
We reserve the right to change the terms of this Policy at any time, and you agree to abide by the most recent version of this Policy

6



maintain compliance with applicable anti-corruption laws, including the FCPA and the Bribery Act, while simultaneously conducting business in accordance with local custom, Employees may provide token gifts only when such offerings are of nominal value, not unlawful under the law of the government official's country, and when such offerings are in keeping with the custom or practice of the government official's country. Notwithstanding the foregoing, no Employee may provide or accept gifts having an aggregate value of $100 per year to or from any person associated with a broker-dealer.

b.  Cash: No Employee may give or accept cash gifts or cash equivalents to or from an investor, prospective investor, or any entity that does or seeks to do business with or on behalf of the Company.

c.  Government Officials: Many countries, states, and local jurisdictions have laws restricting gifts (*e.g.*, meals, entertainment, transportation, lodging or other things of value) that may be provided to government officials or their families. Government officials include employees of sovereign wealth funds, public pension funds, and state owned business enterprises. In addition, the FCPA and the Bribery Act outline very serious provisions against bribery, including the payment, or promise of payment, of anything of value to foreign officials (including any person employed by or representing a foreign government, officials of public international organizations and candidates for foreign office) or others. Payment made indirectly through a consultant, contractor, or other intermediary is also prohibited. Subsequently, notification to the Legal Department is required for any gift to or entertainment of a government official or their families regardless of value. Gifts or entertainment provided to a government official as part of normal course investor relations activities (for example, during an investor relations event sponsored by the Company), where the official is acting as a representative of an investment vehicle sponsored by a related government entity that is an investor in the Company, the gift and entertainment policies set out above will apply.

## 12. REPORTING

a.  Each Employee should report to the Legal Department any gifts or entertainment received in connection with the Employee's employment that the Employee reasonably believes exceeded the amounts outlined above.

    i.  Solicited Gifts - no Employee may use his or her position with the Company to obtain anything of value from a client, supplier, person to whom the Employee refers business, or any other entity with which the Company does business.

Current as of November 10, 2017  |  600 Brickell Ave, Suite 1900  |Miami, FL 33131 |Office: 855.611.1140 | Fax: 866.611.1150
We reserve the right to change the terms of this Policy at any time, and you agree to abide by the most recent version of this Policy



### 13. REFERRALS

Employees may not make referrals to clients (*e.g.*, accountants, attorneys, or the like) if the Employee expects to personally benefit in any way from the referral, without approvals from the Managing Partners.

### 14. PUBLIC SPEAKING, BOOKS AND OTHER PUBLICATIONS

As with outside business activities, personal and business-related speaking engagements (including, for example, lectures at an educational institution, presentations at trade associations, or participation on panels) must not compete with or reflect adversely on the Company, nor should they give rise to a conflict of interest. For all employees, except Principal and above, prior to accepting a position for a speaking engagement, the proposed activity(s) must first be disclosed and approval obtained from the Company's Managing Partners.

### 15. VIOLATIONS OF CONFIDENTIALITY OF INFOMRATION POLICY

Employees who deliberately, or with reckless disregard, violate this or other policies or agreements, will be subject to disciplinary action up to and including termination and in certain cases may be liable for civil action or subject to criminal prosecution. Incidents involving computer crime or other illegal activities will be reported to law enforcement. Employees who violate this Policy may further be subject to disgorgement of profits and/or restitution of an amount equal to the difference between the price paid or received by the Company and any more advantageous price paid or received by the Employee.

I specifically acknowledge that I have read and understand the entirety of the Policy. I understand my rights and obligations under the Policy.

Signature:

Printed Name:

Date:

Current as of November 10, 2017 | 600 Brickell Ave, Suite 1900 | Miami, FL 33131 | Office: 855.611.1140 | Fax: 866.611.1150
We reserve the right to change the terms of this Policy at any time, and you agree to abide by the most recent version of this Policy