AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
Miami Division

### SUMMONS IN A CIVIL ACTION

777 PARTNERS LLC and
INSURETY CAPITAL LLC,

CASE No._____

    Plaintiffs

v.

CHRISTOPHER JAMES PAGNANELLI,

    Defendant

_____/

**TO:    CHRISTOPHER  JAMES PAGNANELLI**
        115 NE 3rd Avenue, Apt 608
        Fort Lauderdale, FL 33301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it ) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed.R.Civ.P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John A. Turner, Esq.
Steven M. Appelbaum, Esq.
Bennett R. Blachar, Esq.
Saul Ewing Arnstein & Lehr LLP
Northbridge Centre, Suite 1400
515 North Flagler Drive
West Palm Beach, Florida  33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:_____

                                       _____
                                   Signature of Clerk or Deputy Clerk

36424639.1

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed.R.Civ.P. 4(l)*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐   I personally served the summons on the individual at (place) _____

_____ on *(date)* _____ ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of (name of organization) _____

_____ on (date) _____ ; or

☐   I returned the summons unexecuted because _____ ; or

☐   Other (specify):

My fees are $ _____ for travel and $ _____ for services, for a total; of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

**Error! Unknown document property name.Error! Unknown document property name.**

36424639.1