UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:20-cv-20172-JEM

777 PARTNERS LLC and
INSURETY CAPITAL LLC,

     Plaintiffs,

v.

CHRISTOPHER JAMES PAGNANELLI

     Defendant.

_____/

## SUGGESTION AND NOTICE OF BANKRUPTCY

Defendant, CHRISTOPHER JAMES PAGNANELLI ("Pagnanelli"), through undersigned counsel, hereby gives notice that a party in interest, American Workers Insurance Services, Inc. ("AWIS") filed a petition for relief under the United States Bankruptcy Code ("Code"), in the United States Bankruptcy Court for the Northern District of Texas, case number 19-44208-mxm11 ("Bankruptcy Case"), and suggests that this action may be stayed by the operation of applicable sections of the Code. Further, on March 6, 2020, AWIS filed a Motion to Enforce the Automatic Stay ("Motion to Enforce") against 777 Partners, LLC and Insurety Capital, LLC in the Bankruptcy Case. The Motion to Enforce, attached hereto as Exhibit "A" requests that the Bankruptcy Court enter an Order "(i) prohibiting Insurety from moving forward on its Tortious Interference Claim [Count VII of the Complaint] and (ii) prohibiting any discovery on the Tortious Interference claim."

Dated: March 10, 2020

                                Respectfully submitted,

                                **BERGER SINGERMAN LLP**
                                *Counsel for Defendant*

350 East Las Olas Boulevard, Suite 1000
Fort Lauderdale, FL 33301
Tel. (954) 525-9900 / Fax (954) 523-2872

By: _/s/ Andrew B. Zelmanowitz_

Andrew B. Zelmanowitz
Florida Bar No. 74202
Kenneth W. Waterway
Florida Bar No. 994235
azelman@bergersingerman.com
kwaterway@bergersingerman.com
drt@bergersingerman.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 10th day of March 2020, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will serve a copy of the foregoing document on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF to:

Saul Ewing Arnstein & Lehr LLP
*Counsel for Plaintiffs*
Northbridge Centre, Suite 1400
515 North Flagler Drive
West Palm Beach, FL 33401
Telephone: 561-833-9800
Facsimile: 561-655-5551
Email:  John.gekas@saul.com
        John.turner@saul.com
        Linda.dunne@saul.com
        Wpb-ctdocs@saul.com
        Steven.appelbaum@saul.com
        Jessica.barrero@saul.com
        Bennet.blachar@saul.com
        Bonnie.mcleod@saul.com
        Mia-ctdocs@saul.com

By: _/s/  Andrew B. Zelmanowitz_
Andrew B. Zelmanowitz, Esq.
Florida Bar No. 74202

2