UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 20-20172-CIV-MARTINEZ**

777 PARTNERS LLC and INSURETY
CAPITAL LLC,

      Plaintiffs,

v.

CHRISTOPHER JAMES PAGNANELLI,

      Defendant.

_____/

CHRISTOPHER JAMES PAGNANELLI,

      Counterclaim Plaintiff,

v.

777 PARTNERS LLC,

      Counterclaim Defendant.

_____/

**<u>FINAL JUDGMENT</u>**

Pursuant to Federal Rule of Civil Procedure 58, and in accordance with this Court's

Findings of Fact and Conclusions of Law, (ECF No. 295), it is

**ORDERED AND ADJUDGED** that:

1.      Judgment is entered in favor of Plaintiffs 777 Partners LLC and Insurety Capital

LLC and against Defendant Christopher James Pagnanelli as to Counts I, III, and IV of the

Third Amended Complaint.

2.      Judgment is entered in favor of Defendant Christopher James Pagnanelli and against Plaintiffs 777 Partners LLC and Insurety Capital LLC as to Count II of the Third Amended Complaint.

3.      Judgment is entered in favor of Counter-Defendant 777 Partners LLC and against Counter-Plaintiff Christopher James Pagnanelli as to the Counterclaim.

4.      Plaintiffs 777 Partners LLC and Insurety Capital LLC shall recover the **total amount of $8,949,205.25**, in damages, plus post-judgment interest at the statutory rate from the date of this Final Judgment, for which sum let execution issue, forthwith. Post-judgment interest shall accrue as set forth in 28 U.S.C. § 1961.

5.      Plaintiffs 777 Partners LLC and Insurety Capital LLC is entitled to recover from Defendant Christopher James Pagnanelli attorneys' fees under the DTSA or FUTSA, in an amount to be determined by separate motion and order.  This Court reserves jurisdiction to tax costs and determine the extent to which Plaintiffs are entitled to attorneys' fees.

6.      Plaintiffs 777 Partners LLC and Insurety Capital LLC have **until and including Friday, August 18, 2023**, to file a motion for attorneys' fees.

7.      Defendant Christopher James Pagnanelli is **ORDERED** to cease using Plaintiffs 777 Partners LLC and Insurety Capital LLC's trade secrets, including the "Updated Pagnanelli Model," any "pro forma that are derived from the Updated Pagnanelli Model, and any other trade secret owned by Plaintiffs.

8.      This case is **CLOSED**, and all pending motions are **DENIED** as **MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 14th day of July, 2023.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record

2