**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO. 20-20172-CIV-MARTINEZ

777 PARTNERS LLC and
INSURETY CAPITAL LLC,

       Plaintiffs,

v.

CHRISTOPHER JAMES PAGNANELLI,

       Defendant.

_____/

**[PROPOSED] ORDER ON DEFENDANT'S *EXPEDITED MOTION* TO RECONSIDER**
**AND VACATE ORDER DENYING MOTION TO AMEND THE COURT'S FINDINGS**
**AND JUDGMENT, OR IN THE ALTERNATIVE, FOR A NEW TRIAL**

       **THIS CAUSE** came before the Court upon Defendant Christopher James Pagnanelli's Expedited Motion to Reconsider and Vacate Order Denying Motion to Amend the Court's Findings and Judgment, or in the Alternative, for a New Trial, [ECF No. __] ("Motion"), filed on April 5, 2024. The Court has considered the Motion, the pertinent portions of the record, the applicable law, and is otherwise duly advised in the premises.

       Upon review of the Motion, the Court agrees that Defendant's Motion to Amend, [ECF No. 297], was timely filed, and the Motion, **[ECF No. __]**, is therefore **GRANTED**, as follows:

1. The Order Denying Motion to Alter Judgment or in the Alternative for New Trial, [ECF No. 309], is **VACATED nunc pro tunc**, and Defendant's Motion to Amend, [ECF No. 297], is reinstated as of the date of this Order;

2. The Court will consider the merits of the Motion to Amend in normal course on a non-expedited basis.

DONE AND ORDER in Chambers at Miami, Florida, this ___ day of April, 2024.


_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All counsel of record